UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KURT MIRANDETTE,

       Plaintiff,                        Case No. 1:16–cv–00050–GJQ–RSK

v.                                    Hon. Gordon J. Quist

NELNET SERVICING, LLC, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Status Conference
Date/Time:    July 3, 2018   10:00 AM
Magistrate Judge:    Ray Kent
Place/Location:    584 Federal Building, Grand Rapids, MI

*The status conference will be held VIA TELEPHONE. Plaintiff's counsel shall initiate the telephone conference. Judge's chambers can be reached at (616) 456–2568.*

                                         RAY KENT
                                         U.S. Magistrate Judge

Dated:  June 28, 2018        By:    /s/ Faith Hunter Webb
                                                 Judicial Assistant